# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

132164 (59)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GAILA MARIE MARTIN,
                    Plaintiff-Appellant,

v

THE RAPID INTER-URBAN TRANSIT
PARTNERSHIP and CITY OF GRAND
RAPIDS,
                    Defendants-Appellees.

SC: 132164
COA: 259228
Kent CC: 03-001526-NO

_____/

On order of the Court, the motion for reconsideration of this Court's November 16, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

TAYLOR, C.J., and CORRIGAN and YOUNG, JJ., would grant the motion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008

_____
Clerk

t0129